

**07 C 4372**

A CERTIFIED TRUE COPY

AUG - 2 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 2 2007

FILED
CLERK'S OFFICE

**FILED**
**AUGUST 2, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: OCWEN FEDERAL BANK FSB MORTGAGE
SERVICING LITIGATION

MDL No. 1604

**JUDGE NORGLE**

### TRANSFER ORDER

    **Before the entire Panel**[*]: Plaintiffs in five actions listed on Schedule A move pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), asking the Panel to vacate its orders conditionally transferring the actions to the Northern District of Illinois for inclusion in MDL No. 1604. Defendants Ocwen Financial Corp. and Ocwen Loan Servicing, LLC, successor in interest to Ocwen Federal Bank FSB (Ocwen), oppose the motions.

    After considering all counsel's argument, we find that these actions involve common questions of fact with actions in this litigation previously transferred to the Northern District of Illinois, and that transfer of these actions to the Northern District of Illinois for inclusion in MDL No. 1604 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. We further find that transfer of these actions is appropriate for reasons that we set out in our original order directing centralization in this docket. In that order, we held that the Northern District of Illinois was a proper Section 1407 forum for actions involving allegations that Ocwen and/or other defendants engaged in unfair loan servicing and/or debt collection practices (1) in violation of various federal and/or state statutes, and/or (2) based upon various common law theories of liability. *See In re Ocwen Federal Bank FSB Mortgage Servicing Litigation,* 314 F.Supp.2d 1376 (J.P.M.L. 2004).

    The parties can present any pending motions for remand to state court to the transferee judge. *See, e.g., In re Ivy,* 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation,* 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

---

[*] Judge Scirica took no part in the disposition of this matter.

-2-

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A are transferred to the Northern District of Illinois and, with the consent of that court, assigned to the Honorable Charles R. Norgle, Sr., for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

| | |
|---|---|
| D. Lowell Jensen | J. Frederick Motz |
| Robert L. Miller, Jr. | Kathryn H. Vratil |
| David R. Hansen | Anthony J. Scirica* |

IN RE: OCWEN FEDERAL BANK FSB MORTGAGE
SERVICING LITIGATION
MDL No. 1604

## SCHEDULE A

### Northern District of Texas

Kathy Baham, etc. v. Ocwen Loan Servicing, LLC, et al., C.A. No. 3:07-404   07cv4371

Charles Gray, et al. v. Ocwen Loan Servicing, LLC, et al., C.A. No. 4:07-156   07cv4372

Mark Simpson, et al. v. Ocwen Federal Bank, FSB, et al., C.A. No. 5:07-40   07cv4373

### Southern District of Texas

Rafael Garcia, et al. v. Ocwen Loan Servicing, LLC, C.A. No. 2:07-109   07cv4374

### Western District of Texas

Lynette Brooks v. Ocwen Loan Servicing, LLC, et al., C.A. No. 1:07-172   07cv4375